```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                          :
JACQUELINE FERGUSON,                          :
                                                          :
                                     Plaintiff,            :            1:22-cv-9694-GHW
                                                          :
           -against-                             :            ORDER
                                                          :
CENTRAL PARK SOUTH OB/GYN ASSOCIATES,  :
                                                          :
                                    Defendants.    :
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

        Defendant's January 31, 2023 request for leave to file a motion to dismiss, Dkt. No. 13, is granted. The deadline for Defendant to file and serve its motion to dismiss is March 6, 2023. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition.

        SO ORDERED.

Dated: February 6, 2023
New York, New York

                                                      GREGORY H. WOODS
                                                  United States District Judge