```
                                                         USDC SDNY
                                                         DOCUMENT
                                                         ELECTRONICALLY FILED
                                                         DOC #:_____
                                                         DATE FILED: 5/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :
JACQUELINE FERGUSON,                          :
                                              :
                              Plaintiff,:                    1:22-cv-9694-GHW
                                              :
                -v -                          :                    ORDER
                                              :
CENTRAL PARK SOUTH OB/GYN                     :
ASSOCIATES,                                   :
                                              :
                              Defendants.:
                                              :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On April 10, 2023, the Court issued an order conditionally discontinuing this action.

Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of

the action to the active calendar of the Court by the date that was 30 days following the issuance of

the order.  In accordance with the terms of that order, if the plaintiff failed to apply for restoration

of the case by that date, the case would be automatically dismissed with prejudice.

By letter dated May 9, 2023, the plaintiff has requested that the Court extend the deadline for

the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for

the parties to submit a stipulation of settlement and dismissal.[1]  That application is GRANTED.

Accordingly, the deadline for the plaintiff to apply for restoration of the case to the Court's active

calendar, or, alternatively, for the parties to submit a stipulation of settlement and

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain
jurisdiction to enforce confidential settlement agreements.  If the parties wish that the Court retain
jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the
public record.

dismissal, is extended to May 19, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

SO ORDERED.

Dated: May 10, 2023
       New York, New York

_____
GREGORY N. WOODS
United States District Judge